FRANK MIRAGLIA, Respondent, v H & L HOLDING CORP., Defendant and Third-Party Plaintiff. LANE & SONS CONSTRUCTION CORP., Third-Party Defendant-Appellant.

Submitted April 12, 2010; decided May 11, 2010

Motion for reargument of motion for leave to appeal denied [*see* 14 NY3d 766 (2010)].

PAMELA MITCHELL, as Executrix of SARAH FINCHER, Deceased, Respondent, v ERIE COUNTY MEDICAL CENTER CORPORATION, Appellant.

Submitted April 5, 2010; decided May 11, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

NATURAL ORGANICS INC., Appellant, v ANDERSON KILL & OLICK, P.C., et al., Respondents.

Submitted March 29, 2010; decided May 11, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.